760 A.2d 847

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Cornell Jason MICKENS, Respondent.**

**No. 614 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 5, 2000.

## ORDER

PER CURIAM:

AND NOW, this 5th day of October, 2000, upon consideration of the Report and Recommendations of the Disciplinary Board dated August 14, 2000, it is hereby

ORDERED that Cornell Jason Mickens be and he is suspended from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.